ORIGINAL FILED
FEB 1 2 2015
WAYNE F. JAGOW
NIAGARA COUNTY CLERK

PAID
FEB 1 2 2015
WAYNE F. JAGOW
NIAGARA COUNTY CLERK

IN THE UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA - v. – GEORGINA FISHER
15-CR-19-A

### NOTICE OF LIS PENDENS

TO: ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER THE DEFENDANT AND/OR GRANTEE any interest in the real property described herein.

NOTICE IS HEREBY GIVEN, that on January 28, 2015, defendant Georgina Fisher, a/k/a Georgina Baratta, was charged in an 9 Count Indictment in the Western District of New York, charging violations of Title 31, United States Code, Sections 5324(a)(1) and 5324(d)(1), and more particularly charging in the FORFEITURE ALLEGATION notice that the following real property, as described below, is forfeitable to the United States of America under the provisions of Title 31, United States Code, Section 5324:

The premises and real property with all buildings, appurtenances and improvements located at 4640 Theresa Lane, Niagara Falls, New York, as described in a certain deed dated September 8, 2011, and recorded as Instrument Number 2011-15038, of the Niagara County Clerk's Office, as described as:

**ALL THAT TRACT OR PARCEL OF LAND**, situate in the Town of Niagara, County of Niagara and State of New York, being part of Lot Number 16, Township 13, Range 9 of the Holland Land Company's Survey according to a certain Map entitled Laurelton Park Subdivision, Phase II, prepared by James M. McIntyre, filed in Niagara County Clerk's Office on October 24, 1995 in Book 55 of Microfilmed Maps at pages 5578 and 5579 is known as Subdivision Lot Number 20 on the southwest side of Theresa Lane, formerly Nicky Lane.

FURTHER NOTICE IS HEREBY GIVEN that the provisions of Title 21, United States Code, Section 853, prohibit any claimant to the described property from (1) intervening



2015226452
TL00119
02/12/2015  12:10:56 PM
10 Pages
LIS PENDENS
Wayne F. Jagow, Niagara County Clerk
Clerk:PC

in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subsequent to the indictment, except as provided by the provisions of Title 21, United States Code, Section 853, following the entry of any order of forfeiture.

The name of person whose estate or interest is intended to be affected and this lis pendens is indexed against is:

GEORGINA FISHER a/k/a GEORGINA BARATTA

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Western District of New York, 2 Niagara Square, Buffalo, New York.

DATED: Buffalo, New York, January 30, 2015.

Respectfully submitted,

WILLIAM J. HOCHUL, JR.
UNITED STATES ATTORNEY

BY: *signature*
RICHARD D. KAUFMAN
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716-843-5700 extension 871
Richard.Kaufman@usdoj.gov

-2-

# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA | NOVEMBER 2014 GRAND JURY (Impaneled 11/7/2014) |
| -vs- | INDICTMENT |
| GEORGINA FISHER a/k/a Georgina Baratta | Violations: Title 31, United States Code, Section 5324(a)(1) (9 Counts and Forfeiture Allegation) |

### COUNTS 1 THROUGH 9

(Causing Financial Institution to Fail to File Transaction Report)

The Grand Jury Charges That:

On or about the dates set forth below, in the Western District of New York, the defendant, GEORGINA FISHER a/k/a Georgina Baratta, did knowingly and for the purpose of evading the reporting requirements of Title 31, United States Code, Section 5325(a)(2), and regulations prescribed thereunder, cause, and attempt to cause, Western Union, a domestic financial institution, to fail to file a report required under Title 31, United States Code, Section 5325(a)(2), and regulations prescribed thereunder, through the purchase of money orders in the amounts set forth below from agents of the domestic financial institution as set forth below:

| | | | |
|---|---|---|---|
| 1 | 1/28/2010 | Western Union Agent 155648 | $500 |
| | | Western Union Agent 155648 | $500 |
| | | Western Union Agent 155648 | $500 |
| | | Western Union Agent 155648 | $500 |
| | | Western Union Agent 130768 | $500 |
| | | Western Union Agent 130768 | $500 |
| | | Western Union Agent 130768 | $500 |
| | | Western Union Agent 130768 | $500 |
| | | Western Union Agent 101490 | $500 |
| | | Western Union Agent 101490 | $500 |
| | | Western Union Agent 101490 | $500 |
| | | Western Union Agent 101490 | $500 |
| | | Western Union Agent 123895 | $500 |
| | | Western Union Agent 123895 | $500 |
| | | Western Union Agent 123895 | $500 |
| | | Western Union Agent 123895 | $500 |
| | | **Total: 16 Money Orders** | **Total: $8,000** |
| 2 | 1/29/2010 | Western Union Agent 130733 | $500 |
| | | Western Union Agent 130733 | $500 |
| | | Western Union Agent 130733 | $500 |
| | | Western Union Agent 130733 | $500 |
| | | Western Union Agent 142379 | $500 |
| | | Western Union Agent 142379 | $500 |
| | | Western Union Agent 142379 | $500 |
| | | Western Union Agent 142379 | $500 |
| | | Western Union Agent 109923 | $500 |
| | | Western Union Agent 109923 | $500 |
| | | Western Union Agent 109923 | $500 |
| | | **Total: 11 Money Orders** | **Total: $5,500** |

| | | | |
|---|---|---|---|
| 3 | 2/1/2010 | Western Union Agent 130789 | $500 |
| | | Western Union Agent 130789 | $500 |
| | | Western Union Agent 130789 | $500 |
| | | Western Union Agent 130789 | $500 |
| | | Western Union Agent 130712 | $500 |
| | | Western Union Agent 130712 | $500 |
| | | Western Union Agent 130712 | $500 |
| | | Western Union Agent 130712 | $500 |
| | | Western Union Agent 121688 | $500 |
| | | Western Union Agent 121688 | $500 |
| | | Western Union Agent 121688 | $500 |
| | | Western Union Agent 121688 | $500 |
| | | Western Union Agent 130717 | $500 |
| | | Western Union Agent 130717 | $500 |
| | | Western Union Agent 130717 | $500 |
| | | Western Union Agent 130717 | $500 |
| | | Western Union Agent 130724 | $500 |
| | | Western Union Agent 130724 | $500 |
| | | Western Union Agent 130724 | $500 |
| | | Western Union Agent 141989 | $500 |
| | | Western Union Agent 141989 | $500 |
| | | Western Union Agent 141989 | $500 |
| | | Western Union Agent 141989 | $500 |
| | | Western Union Agent 116742 | $500 |
| | | Western Union Agent 116742 | $500 |
| | | Western Union Agent 116742 | $500 |
| | | Western Union Agent 116742 | $500 |
| | | **Total: 27 Money Orders** | **Total: $13,500** |

| | | | |
|---|---|---|---|
| 4 | 2/2/2010 | Western Union Agent 130710 | $500 |
| | | Western Union Agent 130710 | $500 |
| | | Western Union Agent 130710 | $500 |
| | | Western Union Agent 130710 | $500 |
| | | Western Union Agent 130802 | $500 |
| | | Western Union Agent 130802 | $500 |
| | | Western Union Agent 130802 | $500 |
| | | Western Union Agent 130802 | $500 |
| | | Western Union Agent 130711 | $500 |
| | | Western Union Agent 130711 | $500 |
| | | Western Union Agent 130711 | $500 |
| | | Western Union Agent 130711 | $500 |
| | | Western Union Agent 130806 | $500 |
| | | Western Union Agent 130806 | $500 |
| | | Western Union Agent 130806 | $500 |
| | | Western Union Agent 130806 | $500 |
| | | **Total: 16 Money Orders** | **Total: $8,000** |
| 5 | 2/3/2010 | Western Union Agent 123896 | $500 |
| | | Western Union Agent 123896 | $500 |
| | | Western Union Agent 123896 | $500 |
| | | Western Union Agent 123896 | $500 |
| | | Western Union Agent 130760 | $500 |
| | | Western Union Agent 130760 | $500 |
| | | Western Union Agent 130760 | $500 |
| | | Western Union Agent 130760 | $500 |
| | | Western Union Agent 142400 | $500 |
| | | Western Union Agent 142400 | $500 |
| | | Western Union Agent 142400 | $500 |
| | | Western Union Agent 142400 | $500 |
| | | Western Union Agent 130725 | $500 |
| | | Western Union Agent 130725 | $500 |
| | | Western Union Agent 130725 | $500 |
| | | Western Union Agent 130725 | $500 |
| | | Western Union Agent 130707 | $500 |
| | | Western Union Agent 130707 | $500 |
| | | Western Union Agent 130707 | $500 |
| | | **Total: 19 Money Orders** | **Total: $9,500** |

| | | | |
|---|---|---|---|
| 6 | 2/4/2010 | Western Union Agent 130730 | $500 |
| | | Western Union Agent 130730 | $500 |
| | | Western Union Agent 130730 | $500 |
| | | Western Union Agent 130730 | $500 |
| | | Western Union Agent 130764 | $500 |
| | | Western Union Agent 130764 | $500 |
| | | Western Union Agent 130764 | $500 |
| | | Western Union Agent 130764 | $500 |
| | | Western Union Agent 130766 | $500 |
| | | Western Union Agent 130766 | $500 |
| | | Western Union Agent 130766 | $500 |
| | | Western Union Agent 130766 | $500 |
| | | Western Union Agent 130791 | $500 |
| | | Western Union Agent 130791 | $500 |
| | | Western Union Agent 130791 | $500 |
| | | **Total: 15 Money Orders** | **Total: $7,500** |
| 7 | 2/5/2010 | Western Union Agent 130706 | $500 |
| | | Western Union Agent 130706 | $500 |
| | | Western Union Agent 130706 | $500 |
| | | Western Union Agent 130706 | $500 |
| | | Western Union Agent 130766 | $500 |
| | | Western Union Agent 130766 | $500 |
| | | Western Union Agent 130766 | $500 |
| | | Western Union Agent 130766 | $500 |
| | | Western Union Agent 130767 | $500 |
| | | Western Union Agent 130767 | $500 |
| | | Western Union Agent 130767 | $500 |
| | | Western Union Agent 130767 | $500 |
| | | Western Union Agent 155626 | $500 |
| | | Western Union Agent 155626 | $500 |
| | | Western Union Agent 155626 | $500 |
| | | Western Union Agent 155626 | $500 |
| | | Western Union Agent 130818 | $500 |
| | | Western Union Agent 130818 | $500 |
| | | Western Union Agent 130818 | $500 |
| | | **Total: 19 Money Orders** | **Total: $9,500** |

| | | | |
|---|---|---|---|
| 8 | 2/6/2010 | Western Union Agent 142400<br>Western Union Agent 142400<br>Western Union Agent 142400<br>Western Union Agent 142400<br>Western Union Agent 130725<br>Western Union Agent 130725<br>Western Union Agent 130725<br>Western Union Agent 130725<br>Western Union Agent 130714<br>Western Union Agent 130714<br>Western Union Agent 130714<br>Western Union Agent 123895<br>Western Union Agent 123895<br>Western Union Agent 123895<br><br>**Total: 14 Money Orders** | $500<br>$500<br>$500<br>$500<br>$500<br>$500<br>$500<br>$500<br>$500<br>$500<br>$500<br>$500<br>$500<br>$500<br><br>**Total: $7,000** |
| 9 | 2/8/2010 | Western Union Agent 130707<br>Western Union Agent 130707<br>Western Union Agent 130707<br>Western Union Agent 130705<br>Western Union Agent 130705<br>Western Union Agent 130705<br>Western Union Agent 130705<br>Western Union Agent 130707<br>Western Union Agent 130707<br>Western Union Agent 130707<br>Western Union Agent 130707<br><br>**Total: 11 Money Orders** | $500<br>$500<br>$500<br>$500<br>$500<br>$500<br>$500<br>$500<br>$500<br>$500<br>$500<br><br>**Total: $5,500** |

All in violation of Title 31, United States Code, Sections 5324(a)(1) and 5324(d)(1).

## FORFEITURE ALLEGATION

### The Grand Jury further alleges that:

Upon conviction of the offenses alleged in Counts 1 through 9 of this Indictment, or any one of them, the defendant, GEORGINA FISHER a/k/a Georgina Baratta, shall forfeit to the United States of America pursuant to Title 31, United States Code, Section 5317(c), all right, title, and interest in any and all money and other property involved in the offense of Title 31, United States Code, Section 5324, and all property traceable to such property, including but not limited to:

Real Property:

The premises and real property with its buildings, improvements, fixtures, attachments and easements known as 4640 Theresa Lane, Niagara Falls, New York, titled in the name of Georgina Fisher.

Money Judgment:

A sum of money equal to $74,000.00 United States currency, which is the total amount of the property involved in the offenses of conviction. Said amount is to be evidenced by a monetary judgment.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to

7

INSTR#: TL00119 02/12/2015 LIS PENDENS Image: 10 of 10
Case 1:15-cr-00019-RJA-HBS Document 7 Filed 02/17/15 Page 10 of 10

Case 1:15-cr-00019-RJA-HBS Document 1 Filed 01/28/15 Page 8 of 8

Title 21, United States Code, Section 853(p), as incorporated by Title 31, United States Code, Section 5317(c)(1)(B), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

DATED: Buffalo, New York, January 28, 2015.

                WILLIAM J. HOCHUL, JR.
                United States Attorney

BY:   S/MARYELLEN KRESSE
       Assistant U.S. Attorney
       United States Attorney's Office
       Western District of New York
       138 Delaware Avenue
       Buffalo, New York 14202
       716/843-5888
       maryellen.kresse@usdoj.gov

A TRUE BILL:

S/FOREPERSON