# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

_____

|  |  |
|---|---|
| **THE UNITED STATES OF AMERICA** | NOVEMBER 2014 GRAND JURY (Impaneled 11/7/2014) |
| *-vs-* | **SUPERSEDING INDICTMENT** **15-CR-19-A** |
| **GEORGINA FISHER** a/k/a Georgina Baratta | Violations: Title 31, United States Code, Section 5324(a)(1) (8 Counts and Forfeiture Allegation) |

### COUNTS 1 THROUGH 8

**(Causing Financial Institution to Fail to File Transaction Report)**

**The Grand Jury Charges That:**

On or about the dates set forth below, in the Western District of New York, the defendant, GEORGINA FISHER a/k/a Georgina Baratta, did knowingly and for the purpose of evading the reporting requirements of Title 31, United States Code, Section 5325(a)(2), and regulations prescribed thereunder, cause, and attempt to cause, Western Union, a domestic financial institution, to fail to file a report required under Title 31, United States Code, Section 5325(a)(2), and regulations prescribed thereunder, through the purchase of money orders in the amounts set forth below from agents of the domestic financial institution as set forth below:

| COUNT | DATE | DOMESTIC FINANCIAL INSTITUION AGENT | MONEY ORDER SERIAL NUMBER | AMOUNT |
|---|---|---|---|---|
| 1 | 1/28/2010 | Western Union Agent 155648 | 14-053172366 | $500 |
| | | Western Union Agent 155648 | 14-053172367 | $500 |
| | | Western Union Agent 155648 | 14-053172368 | $500 |
| | | Western Union Agent 155648 | 14-053172369 | $500 |
| | | Western Union Agent 123895 | 14-057240663 | $500 |
| | | Western Union Agent 123895 | 14-057240664 | $500 |
| | | Western Union Agent 123895 | 14-057240665 | $500 |
| | | Western Union Agent 123895 | 14-057240666 | $500 |
| | | Western Union Agent 130768 | 14-052637720 | $500 |
| | | Western Union Agent 130768 | 14-052637721 | $500 |
| | | Western Union Agent 130768 | 14-052637722 | $500 |
| | | Western Union Agent 130768 | 14-052637723 | $500 |
| | | Western Union Agent 101490 | 14-001752658 | $500 |
| | | Western Union Agent 101490 | 14-001752659 | $500 |
| | | Western Union Agent 101490 | 14-001752660 | $500 |
| | | Western Union Agent 101490 | 14-001752661 | $500 |
| | | **Total: 16 Money Orders** | | **Total: $8,000** |

| COUNT | DATE | DOMESTIC FINANCIAL INSTITUION AGENT | MONEY ORDER SERIAL NUMBER | AMOUNT |
|---|---|---|---|---|
| 2 | 1/29/2010 | Western Union Agent 130733 | 14-053698693 | $500 |
|  |  | Western Union Agent 130733 | 14-053698694 | $500 |
|  |  | Western Union Agent 130733 | 14-053698695 | $500 |
|  |  | Western Union Agent 130733 | 14-053698696 | $500 |
|  |  | Western Union Agent 142379 | 14-054180323 | $500 |
|  |  | Western Union Agent 142379 | 14-054180324 | $500 |
|  |  | Western Union Agent 142379 | 14-054180325 | $500 |
|  |  | Western Union Agent 142379 | 14-054180326 | $500 |
|  |  | Western Union Agent 109923 | 14-033995410 | $500 |
|  |  | Western Union Agent 109923 | 14-033995411 | $500 |
|  |  | Western Union Agent 109923 | 14-033995412 | $500 |
|  |  | Western Union Agent 141989 | 14-018644003 | $500 |
|  |  | Western Union Agent 141989 | 14-018644004 | $500 |
|  |  | Western Union Agent 141989 | 14-018644005 | $500 |
|  |  | Western Union Agent 141989 | 14-018644006 | $500 |
|  |  | Western Union Agent 116742 | 09-911074461 | $500 |
|  |  | Western Union Agent 116742 | 09-911074462 | $500 |
|  |  | Western Union Agent 116742 | 09-911074463 | $500 |
|  |  | Western Union Agent 116742 | 09-911074464 | $500 |
|  |  | **Total: 19 Money Orders** |  | **Total: $9,500** |

| COUNT | DATE | DOMESTIC FINANCIAL INSTITUION AGENT | MONEY ORDER SERIAL NUMBER | AMOUNT |
|---|---|---|---|---|
| 3 | 2/1/2010 | Western Union Agent 130789 | 14-000011583 | $500 |
|  |  | Western Union Agent 130789 | 14-000011584 | $500 |
|  |  | Western Union Agent 130789 | 14-000011585 | $500 |
|  |  | Western Union Agent 130789 | 14-000011586 | $500 |
|  |  | Western Union Agent 130712 | 09-145601148 | $500 |
|  |  | Western Union Agent 130712 | 09-145601149 | $500 |
|  |  | Western Union Agent 130712 | 09-145601150 | $500 |
|  |  | Western Union Agent 130712 | 09-145601151 | $500 |
|  |  | Western Union Agent 121688 | 14-025597467 | $500 |
|  |  | Western Union Agent 121688 | 14-025597468 | $500 |
|  |  | Western Union Agent 121688 | 14-025597469 | $500 |
|  |  | Western Union Agent 121688 | 14-025597470 | $500 |
|  |  | Western Union Agent 130717 | 09-184956400 | $500 |
|  |  | Western Union Agent 130717 | 09-184956401 | $500 |
|  |  | Western Union Agent 130717 | 09-910995998 | $500 |
|  |  | Western Union Agent 130717 | 09-910995999 | $500 |
|  |  | Western Union Agent 130724 | 14-053698139 | $500 |
|  |  | Western Union Agent 130724 | 14-053698140 | $500 |
|  |  | Western Union Agent 130724 | 14-053698141 | $500 |
|  |  | **Total: 19 Money Orders** |  | **Total: $9,500** |

| COUNT | DATE | DOMESTIC FINANCIAL INSTITUION AGENT | MONEY ORDER SERIAL NUMBER | AMOUNT |
|---|---|---|---|---|
| 4 | 2/2/2010 | Western Union Agent 130710 | 14-055167642 | $500 |
| | | Western Union Agent 130710 | 14-055167643 | $500 |
| | | Western Union Agent 130710 | 14-055167644 | $500 |
| | | Western Union Agent 130710 | 14-055167645 | $500 |
| | | Western Union Agent 130802 | 14-056080522 | $500 |
| | | Western Union Agent 130802 | 14-056080523 | $500 |
| | | Western Union Agent 130802 | 14-056080524 | $500 |
| | | Western Union Agent 130802 | 14-056080525 | $500 |
| | | Western Union Agent 130711 | 14-054514447 | $500 |
| | | Western Union Agent 130711 | 14-054514448 | $500 |
| | | Western Union Agent 130711 | 14-054514449 | $500 |
| | | Western Union Agent 130711 | 14-054514450 | $500 |
| | | Western Union Agent 130806 | 14-034028128 | $500 |
| | | Western Union Agent 130806 | 14-034028129 | $500 |
| | | Western Union Agent 130806 | 14-034028130 | $500 |
| | | Western Union Agent 130806 | 14-034028131 | $500 |
| | | Western Union Agent 130707 | 09-910679392 | $500 |
| | | Western Union Agent 130707 | 09-910679393 | $500 |
| | | Western Union Agent 130707 | 09-910679394 | $500 |
| | | **Total: 19 Money Orders** | | **Total: $9,500** |

| COUNT | DATE | DOMESTIC FINANCIAL INSTITUION AGENT | MONEY ORDER SERIAL NUMBER | AMOUNT |
|---|---|---|---|---|
| 5 | 2/3/2010 | Western Union Agent 123896 | 14-033261243 | $500 |
|   |   | Western Union Agent 123896 | 14-033261244 | $500 |
|   |   | Western Union Agent 123896 | 14-033261245 | $500 |
|   |   | Western Union Agent 123896 | 14-033261246 | $500 |
|   |   | Western Union Agent 130760 | 14-036309739 | $500 |
|   |   | Western Union Agent 130760 | 14-036309740 | $500 |
|   |   | Western Union Agent 130760 | 14-036309741 | $500 |
|   |   | Western Union Agent 130760 | 14-036309742 | $500 |
|   |   | Western Union Agent 142400 | 14-058710899 | $500 |
|   |   | Western Union Agent 142400 | 14-058710900 | $500 |
|   |   | Western Union Agent 142400 | 14-058710901 | $500 |
|   |   | Western Union Agent 142400 | 14-058710902 | $500 |
|   |   | Western Union Agent 130725 | 14-036309168 | $500 |
|   |   | Western Union Agent 130725 | 14-036309169 | $500 |
|   |   | Western Union Agent 130725 | 14-036309170 | $500 |
|   |   | Western Union Agent 130725 | 14-036309171 | $500 |
|   |   | Western Union Agent 130707 | 09-910679415 | $500 |
|   |   | Western Union Agent 130707 | 09-910679416 | $500 |
|   |   | Western Union Agent 130707 | 09-910679417 | $500 |
|   |   | **Total: 19 Money Orders** |   | **Total: $9,500** |

| COUNT | DATE | DOMESTIC FINANCIAL INSTITUION AGENT | MONEY ORDER SERIAL NUMBER | AMOUNT |
|---|---|---|---|---|
| 6 | 2/4/2010 | Western Union Agent 130730 | 14-059444685 | $500 |
| | | Western Union Agent 130730 | 14-059444686 | $500 |
| | | Western Union Agent 130730 | 14-059444687 | $500 |
| | | Western Union Agent 130730 | 14-059444688 | $500 |
| | | Western Union Agent 130764 | 14-059877634 | $500 |
| | | Western Union Agent 130764 | 14-059877635 | $500 |
| | | Western Union Agent 130764 | 14-059877636 | $500 |
| | | Western Union Agent 130764 | 14-059877637 | $500 |
| | | Western Union Agent 130766 | 14-054177932 | $500 |
| | | Western Union Agent 130766 | 14-054177933 | $500 |
| | | Western Union Agent 130766 | 14-054177934 | $500 |
| | | Western Union Agent 130766 | 14-054177935 | $500 |
| | | Western Union Agent 130791 | 14-019038368 | $500 |
| | | Western Union Agent 130791 | 14-019038369 | $500 |
| | | Western Union Agent 130791 | 14-019038370 | $500 |
| | | Western Union Agent 130707 | 14-056072421 | $500 |
| | | Western Union Agent 130707 | 14-056072422 | $500 |
| | | Western Union Agent 130707 | 14-056072423 | $500 |
| | | Western Union Agent 130707 | 14-056072424 | $500 |
| | | **Total: 19 Money Orders** | | **Total: $9,500** |

| COUNT | DATE | DOMESTIC FINANCIAL INSTITUION AGENT | MONEY ORDER SERIAL NUMBER | AMOUNT |
|---|---|---|---|---|
| 7 | 2/5/2010 | Western Union Agent 130706 | 14-054767905 | $500 |
|  |  | Western Union Agent 130706 | 14-054767906 | $500 |
|  |  | Western Union Agent 130706 | 14-054767907 | $500 |
|  |  | Western Union Agent 130706 | 14-054767908 | $500 |
|  |  | Western Union Agent 130766 | 14-054177957 | $500 |
|  |  | Western Union Agent 130766 | 14-054177958 | $500 |
|  |  | Western Union Agent 130766 | 14-054177959 | $500 |
|  |  | Western Union Agent 130766 | 14-054177960 | $500 |
|  |  | Western Union Agent 130767 | 14-034025253 | $500 |
|  |  | Western Union Agent 130767 | 14-034025254 | $500 |
|  |  | Western Union Agent 130767 | 14-034025255 | $500 |
|  |  | Western Union Agent 130767 | 14-034025256 | $500 |
|  |  | Western Union Agent 155626 | 14-019532178 | $500 |
|  |  | Western Union Agent 155626 | 14-019532179 | $500 |
|  |  | Western Union Agent 155626 | 14-019532180 | $500 |
|  |  | Western Union Agent 155626 | 14-019532181 | $500 |
|  |  | Western Union Agent 130818 | 14-053447955 | $500 |
|  |  | Western Union Agent 130818 | 14-053447956 | $500 |
|  |  | Western Union Agent 130818 | 14-053447957 | $500 |
|  |  | **Total: 19 Money Orders** |  | **Total: $9,500** |

| COUNT | DATE | DOMESTIC FINANCIAL INSTITUION AGENT | MONEY ORDER SERIAL NUMBER | AMOUNT |
|---|---|---|---|---|
| 8 | 2/6/2010 | Western Union Agent 142400 | 14-058711047 | $500 |
| | | Western Union Agent 142400 | 14-058711048 | $500 |
| | | Western Union Agent 142400 | 14-058711049 | $500 |
| | | Western Union Agent 142400 | 14-058711050 | $500 |
| | | Western Union Agent 130725 | 14-068849678 | $500 |
| | | Western Union Agent 130725 | 14-068849679 | $500 |
| | | Western Union Agent 130725 | 14-068849680 | $500 |
| | | Western Union Agent 130725 | 14-068849681 | $500 |
| | | Western Union Agent 130714 | 14-069050966 | $500 |
| | | Western Union Agent 130714 | 14-069050967 | $500 |
| | | Western Union Agent 130714 | 14-069050968 | $500 |
| | | Western Union Agent 123895 | 14-057240205 | $500 |
| | | Western Union Agent 123895 | 14-057240206 | $500 |
| | | Western Union Agent 123895 | 14-057240207 | $500 |
| | | Western Union Agent 130705 | 09-910679481 | $500 |
| | | Western Union Agent 130705 | 09-910679482 | $500 |
| | | Western Union Agent 130705 | 09-910679483 | $500 |
| | | Western Union Agent 130705 | 09-910679484 | $500 |
| | | **Total: 18 Money Orders** | | **Total: $9,000** |

**All in violation of Title 31, United States Code, Sections 5324(a) (l) and 5324(d)(1).**

## **FORFEITURE ALLEGATION**

### **The Grand Jury Alleges That:**

Upon conviction of the offenses alleged in Counts 1 through 8 of this Superseding Indictment, or any one of them, the defendant, GEORGINA FISHER a/k/a Georgina Baratta, shall forfeit to the United States of America pursuant to Title 31, United States Code, Section 5317(c), all right, title, and interest in any and all money and other property involved in the offense of Title 31, United States Code, Section 5324, and all property traceable to such property, including but not limited to:

Real Property:

The premises and real property with its buildings, improvements, fixtures, attachments and easements known as 4640 Theresa Lane, Niagara Falls, New York, titled in the name of Georgina Fisher.

Money Judgment:

A sum of money equal to $74,000 United States currency, which is the total amount of the property involved in the offenses of conviction. Said amount is to be evidenced by a monetary judgment.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to

Title 21, United States Code, Section 853(p), as incorporated by Title 31, United States Code, Section 5317(c)(1)(B), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

**All pursuant to Title 31, United States Code, Section 5317(c).**

DATED: Buffalo, New York, May 13, 2015.

        WILLIAM J. HOCHUL, JR.
        United States Attorney

BY:   S/MARYELLEN KRESSE
       Assistant U.S. Attorney
       United States Attorney's Office
       Western District of New York
       138 Delaware Avenue
       Buffalo, New York 14202
       716/843-5888
       maryellen.kresse@usdoj.gov

A TRUE BILL:

S/FOREPERSON